[No. 5494-2-III.   Division Three.   March 22, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
DALE LAIN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 82-1-00219-8, Albert J. Yencopal, J., entered November 4, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 10283-4-I.   Division One.   March 26, 1984.]

KINBRO, INC., *Respondent,* v. DELGUZZI CONSTRUCTION, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-2-04384-2, Lee Kraft, J., entered April 20, 1981. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Williams and Andersen, JJ.

[No. 10660-1-I.   Division One.   March 26, 1984.]

RAYMUND BRENNAN, *Appellant,* v. KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-11686-8, Terrence A. Carroll, J., entered August 17, 1981. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Andersen and Ringold, JJ.

[No. 10923-5-I.   Division One.   March 26, 1984.]

THE BANK OF CALIFORNIA, N.A., *as Trustee, Appellant,*
v. HOWARD T. REYNOLDS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-08772-8, David W. Soukup, J., entered October 15, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, J., and Soderland, J. Pro Tem.